# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ROCKY G. WISNESKI,

      Plaintiff,

  v.                                      Case No. 03-C-1488

INDUSTRIES PHL INC,

      Defendant.

---

**ORDER**

---

This matter having come before the court on the petition of the plaintiff for approval of a settlement in the above matter, and the court having considered the petition and the entire file in this matter; the court finds that the settlement is fair and reasonable and hereby approves the settlement in its entirety.

Based upon the foregoing, IT IS HEREBY ORDERED that each party abide by the settlement agreement set forth in the petition which is incorporated herein by reference.

Dated this 9th day of June, 2006.

                                       s/ William C. Griesbach
                                       William C. Griesbach
                                       United States District Judge